```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

JUDITH P. BROACH as the Court-Appointed
Independent Fiduciary of the EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION AND
ANNUITY FUNDS, EXHIBITION EMPLOYEES
LOCAL 829 I.A.T.S.E. PENSION FUND and
EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E.
ANNUITY FUND,

          Plaintiffs,

   -v-

METROPOLITAN EXPOSITION SERVICES, INC.,

          Defendants.

------------------------------------------------------------------X

20-cv-00165 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Due to the Court holiday on February 17, 2020, it is hereby ORDERED that the parties shall jointly submit the Case Management Plan and Scheduling Order by February 18, 2020 at 5:00 p.m. The Initial Pretrial Conference previously scheduled will still take place on February 21, 2020 at 10:30 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

      Counsel for Plaintiffs is ordered to notify Defendant of this Notice.

      SO ORDERED.

Dated: February 14, 2020
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge