```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUDITH P. BROACH as the Court-Appointed                                :
Independent Fiduciary of the EXHIBITION                                :
EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION AND                             :
ANNUITY FUNDS, EXHIBITION EMPLOYEES                                    :    20-cv-0165 (LJL)
LOCAL 829 I.A.T.S.E. PENSION FUND and                                  :
EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E.                              :    ORDER
ANNUITY FUND,                                                          :
                                                                       :
                              Plaintiffs,                              :
                                                                       :
           -v-                                                         :
                                                                       :
METROPOLITAN EXPOSITION SERVICES, INC.,                                :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

LEWIS J. LIMAN, United States District Judge:

The Complaint was filed in this action on January 8, 2020. Dkt. No. 1. The Court has since held two conferences on February 21, 2020 and March 20, 2020, but Defendant has not appeared in either conference. Defendant also did not respond to the Complaint by February 14, 2020 pursuant to Fed. R. Civ. P. 4(m). Counsel for Plaintiffs has been in settlement discussions with Defendant and conveyed that Defendant does not intend to appear in this case if the parties do not reach an agreement. It is hereby:

ORDERED that if Defendant has not appeared in the case by April 20, 2020, Plaintiffs are directed to file a motion for default judgment according to this Court's Individual Practice in Civil Cases.

IT IS FURTHER ORDERED that a status conference is scheduled for April 23, 2020 at 10:00 a.m. The conference will proceed by telephone. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

Counsel for Plaintiffs is ordered to notify Defendant of this Notice.

SO ORDERED.

Dated: March 20, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge