USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUDITH P. BROACH as the Court-Appointed
Independent Fiduciary of the EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION AND
ANNUITY FUNDS, EXHIBITION EMPLOYEES
LOCAL 829 I.A.T.S.E. PENSION FUND and
EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E.
ANNUITY FUND,

                  Plaintiffs,

    -v-

METROPOLITAN EXPOSITION SERVICES, INC.,

                  Defendant.
-----------------------------------------------------------------------X

20-cv-0165 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Due to a scheduling error, the status conference scheduled for April 23, 2020 at 10:00 a.m. will now take place at 5:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

      Counsel for Plaintiffs is ordered to notify Defendant of this Order.

      SO ORDERED.

Dated: April 23, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge

Case 1:20-cv-00165-LJL   Document 15   Filed 04/23/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

JUDITH P. BROACH as the Court-Appointed Independent Fiduciary of the EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION AND ANNUITY FUNDS, EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION FUND and EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY FUND,

                Plaintiffs,

    -v-

METROPOLITAN EXPOSITION SERVICES, INC.,

                Defendant.
-----------------------------------------------------------------------X

20-cv-0165 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Due to a scheduling error, the status conference scheduled for April 23, 2020 at 10:00 a.m. will now take place at 5:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

Counsel for Plaintiffs is ordered to notify Defendant of this Order.

SO ORDERED.

Dated: April 23, 2020
      New York, New York

                                        LEWIS J. LIMAN
                                    United States District Judge

Case 1:20-cv-00165-LJL   Document 15   Filed 04/23/20   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020
```

-----------------------------------------------------------------------X

JUDITH P. BROACH as the Court-Appointed Independent Fiduciary of the EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION AND ANNUITY FUNDS, EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION FUND and EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY FUND,

        Plaintiffs,

    -v-

METROPOLITAN EXPOSITION SERVICES, INC.,

        Defendant.

-----------------------------------------------------------------------X

20-cv-0165 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Due to a scheduling error, the status conference scheduled for April 23, 2020 at 10:00 a.m. will now take place at 5:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

Counsel for Plaintiffs is ordered to notify Defendant of this Order.

SO ORDERED.

Dated: April 23, 2020
      New York, New York

                                        LEWIS J. LIMAN
                                    United States District Judge