```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUDITH P. BROACH as the Court-Appointed
Independent Fiduciary of the EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION AND
ANNUITY FUNDS, EXHIBITION EMPLOYEES
LOCAL 829 I.A.T.S.E. PENSION FUND and
EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E.
ANNUITY FUND,

                Plaintiffs,

    -v-

METROPOLITAN EXPOSITION SERVICES, INC.,

                Defendant.
------------------------------------------------------------------X

20-cv-0165 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference on April 23, 2020. Defendant did not appear, though a corporate representative from Defendant did. The Court heard from counsel for Plaintiffs who asked for another week to engage in settlement discussions.

      It is hereby ORDERED that if Defendant has not appeared in the case by May 4, 2020, Plaintiffs are directed to file a motion for default judgment according to this Court's Individual Practices in Civil Cases. A hearing on the motion is scheduled for May 29, 2020 at 9:15 a.m.

      Counsel for Plaintiffs is ordered to notify Defendants of this Notice.

SO ORDERED.

Dated: April 23, 2020
      New York, New York

                                                              LEWIS J. LIMAN
                                                             United States District Judge